381 A.2d 915

Thierry, Appellant, v. Thierry.

Argued September 13, 1977. Stanton C. Kelton, III, for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

630

CERCONE and SPAETH, JJ., dissent. HOFFMAN, J., did not participate in the consideration or decision of this case.